PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CASSIDI A. REESE,<br><br>Defendant. | Case No. 5:23-po-00083-CDB<br><br>[Citations #E1574377, CA10; E1574378, CA/10]<br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00083-CDB [Citations #E1574377, CA/10; E1574378, CA10] against CASSIDI A. REESE, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: February 28, 2023                        Respectfully submitted,

                                                                PHILLIP A. TALBERT
                                                                United States Attorney

                                              By:    /s/ *Chan Hee Chu*
                                                         CHAN HEE CHU
                                                         Special Assistant United States Attorney

# O R D E R

IT IS HEREBY ORDERED that Case No. 5:23-po-00083-CDB against CASSIDI A. REESE [Citations #E1574377, CA/10; E1574378, CA10] be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **February 28, 2023**   _____
UNITED STATES MAGISTRATE JUDGE